MICHAEL BARNES (State Bar No. 121314)
SONIA MARTIN (State Bar No. 191148)
CHRISTOPHER WINDLE (State Bar No. 141123)
SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N. California Blvd., Suite 800
Walnut Creek, California 94596
Telephone: (925) 949-2600
Facsimile:  (925) 949-2610
Email:       mbarnes@sonnenschein.com
                  smartin@sonnenschein.com
                  cwindle@sonnenschein.com

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHELLE FANUCCI,<br><br>        Plaintiff,<br><br>    vs.<br><br>ALLSTATE INSURANCE COMPANY, MICHAEL B. BALDWIN, and DOES 1 to 50,<br><br>        Defendants. | No. CV-082151 MEJ<br><br>DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition, and hereby requests the reassignment of this case to a United States District Judge.

Dated: May 1, 2008               SONNENSCHEIN NATH & ROSENTHAL LLP


                                          By _____*/s/ Sonia Martin*_____
                                                        Sonia Martin

                                          Attorneys for Defendant
                                          ALLSTATE INSURANCE COMPANY