1  MICHAEL BARNES (State Bar No. 121314)
   SONIA MARTIN (State Bar No. 191148)
2  CHRISTOPHER WINDLE (State Bar No. 141123)
   SONNENSCHEIN NATH & ROSENTHAL LLP
3  2121 N. California Blvd., Suite 800
   Walnut Creek, California 94596
4  Telephone:  (925) 949-2600
   Facsimile:  (925) 949-2610
5  Email:      mbarnes@sonnenschein.com
               smartin@sonnenschein.com
6              cwindle@sonnenschein.com

7  Attorneys for Defendants
   ALLSTATE INSURANCE COMPANY and
8  MICHAEL BALDWIN

9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13 MICHELLE FANUCCI,                    No. CV-082151 JSW

14         Plaintiff,                   STIPULATION EXTENDING
                                        DEFENDANT MICHAEL BALDWIN'S
15     vs.                              TIME TO RESPOND TO COMPLAINT

16 ALLSTATE INSURANCE COMPANY,
   MICHAEL B. BALDWIN, and DOES 1 to
17 50,

18         Defendants.

19

20

21     The parties, by and through their respective counsel of record, hereby stipulate and agree

22 as follows and respectfully request that the Court approve and give effect to their stipulation:

23     WHEREAS, the current deadline for defendant Michael Baldwin to respond to plaintiff's

24 complaint is May 14, 2008;

25     WHEREAS, the parties are in discussions concerning the dismissal of Michael Baldwin;

26     WHEREAS, defendants' counsel are currently preparing for a May 16, 2008 trial before

27 Judge Fogel and have requested a two-week extension of time to finalize the stipulated dismissal

28 of Mr. Baldwin or to respond to the complaint on his behalf;

-1-
Case No. CV-082151 JSW                          STIP. EXTENDING DEFENDANT MICHAEL
                                                BALDWIN'S TIME TO RESPOND TO COMPLAINT

IT IS HEREBY STIPULATED AND AGREED that defendant Michael Baldwin shall have an additional fourteen (14) days, up to and including May 28, 2008, in which to respond to plaintiff's complaint.

IT IS SO STIPULATED.

Dated: May 13, 2008

PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP

By: _____
GARY SOTER
Attorneys for Plaintiff
MICHELLE FANUCCI

Dated: May 13, 2008

SONNENSCHEIN NATH & ROSENTHAL LLP

By: _____
SONIA MARTIN
Attorneys for Defendants
ALLSTATE and MICHAEL BALDWIN