| | |
|---|---|
| 1 | GARY SOTER (State Bar No. 67622) |
| | PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP |
| 2 | 15165 Ventura Boulevard, Suite 400 |
| | Sherman Oaks, CA 91403 |
| 3 | Telephone: (818) 788-8300 |
| | Facsimile: (818) 788-8104 |
| 4 | Email: gsoter@psswplaw.com |
| 5 | Attorneys for Plaintiff |
| | MICHELLE FANUCCI |
| 6 | |
| 7 | MICHAEL BARNES (State Bar No. 121314) |
| | SONIA MARTIN (State Bar No. 191148) |
| 8 | CHRISTOPHER WINDLE (State Bar No. 141123) |
| | SONNENSCHEIN NATH & ROSENTHAL LLP |
| 9 | 2121 N. California Blvd., Suite 800 |
| | Walnut Creek, CA 94596 |
| 10 | Telephone: (925) 949-2600 |
| | Facsimile: (925) 949-2610 |
| 11 | Email: mbarnes@sonnenschein.com |
| | smartin@sonnenschein.com |
| 12 | cwindle@sonnenschein.com |
| 13 | Attorneys for Defendant |
| | ALLSTATE INSURANCE COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHELLE FANUCCI, | No. CV-082151 JSW |
| Plaintiff, | STIPULATION RE SCOPE AND COURSE OF AGENCY OF MICHAEL BALDWIN |
| vs. | |
| ALLSTATE INSURANCE COMPANY, MICHAEL B. BALDWIN, and DOES 1 to 50, | |
| Defendants. | |

CASE NO. CV-082151 JSW                           STIPULATION RE MICHAEL BALDWIN

Plaintiff Michelle Fanucci and defendant Allstate Insurance Company, by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS plaintiff has named Michael Baldwin as a defendant in this case;

WHEREAS Mr. Baldwin was an Allstate employee and/or agent at all times material to the complaint and acted within the course and scope of said employment or agency at all such times;

WHEREAS Allstate is liable for any errors or omissions committed by Mr. Baldwin in the course and scope of his employment or agency for Allstate;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that (1) Allstate shall be liable in this action for any errors or omissions committed by Mr. Baldwin in the sale of the Fanuccis' personal umbrella policy as alleged in the complaint, (2) Mr. Baldwin will appear for deposition, if requested by plaintiff, upon reasonable notice and without the need for a subpoena; and (3) plaintiff will dismiss Mr. Baldwin as a defendant herein for a waiver of costs.

IT IS SO STIPULATED.

Dated: May 23, 2008

PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP

By _____/s/_____
Gary Soter

Attorney for Plaintiff MICHELLE FANUCCI

Dated: May 28, 2008

SONNENSCHEIN NATH & ROSENTHAL LLP

By _____/s/_____
Michael Barnes

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

27298186

CASE NO. C05-4057 MEJ                                                               STIPULATION RE MICHAEL BALDWIN

-1-