CLIFFORD H. PEARSON (Bar No. 108523)
cpearson@psswplaw.com
GARY S. SOTER (Bar No. 67622)
gsoter@psswplaw.com
DANIEL L. WARSHAW (Bar No. 185365)
dwarshaw@psswplaw.com
**PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788-8300
Facsimile:   (818) 788-8104

BRUCE L. SIMON (Bar No. 96241)
bsimon@psswplaw.com
**PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP**
44 Montgomery Street
Suite 1200
San Francisco, CA 94104-4610
Facsimile: (415) 433-9008

Attorneys for Plaintiff MICHELLE FANUCCI

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHELLE FANUCCI,<br><br>    Plaintiff,<br><br>    vs.<br><br>ALLSTATE INSURANCE COMPANY; MICHAEL B. BALDWIN; DOES 1 through 50, inclusive,<br><br>    Defendants. | CASE NO. CV 08-02151 JSW<br><br>**PROOF OF SERVICE ON OPPOSING COUNSEL RE: NOTICE OF COURT ORDERS**<br><br>Trial Date:            None |

**PROOF OF SERVICE**

MICHELLE FANUCCI V. ALLSTATE INSURANCE COMPANY

Case No. CV 08-02151 JSW

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of LOS ANGELES, STATE OF CALIFORNIA. My business address is 15165 Ventura Boulevard, Suite 400, Sherman Oaks, California 91403. I am over the age of eighteen years and am not a party to the within action;

On May 22, 2008, I served the following document(s) entitled **NOTICE OF COURT ORDERS** on ALL INTERESTED PARTIES in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

**SEE ATTACHED LIST**

**BY MAIL:** By placing a true copy thereof in a sealed envelope addressed as above, and placing it for and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings and other matters for mailing with the United States Postal Service. The correspondence, pleadings and other matters are deposited with the United States Postal Service with postage thereon fully prepaid in Sherman Oaks, California, on the same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 22, 2008, at Sherman Oaks, California.

Natalie M. Halpern

784320.1

NOTICE OF COURT ORDERS

CV 08-02151 JSW

PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

## SERVICE LIST
## MICHELLE FANUCCI V. ALLSTATE INSURANCE COMPANY
## CV 08-02151 JSW

| | |
|---|---|
| Michael B. Baldwin<br>131 Panorama Drive<br>Benicia, CA 94510<br>Telephone: (707) 746-7112 | |
| Christopher Windle, Esq.<br>Michael A. Barnes, Esq.<br>Sonia Martin, Esq.<br>SONNENSCHEIN, NATH & ROSENTHAL LLP<br>2121 North California Boulevard<br>Suite 800<br>Walnut Creek, CA 94596<br>Telephone: (925) 949-2600<br>Facsimile: (925) 949-2610 | Attorneys for Defendant ALLSTATE INSURANCE COMPANY |

PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

784320.1

CV 08-02151 JSW
NOTICE OF COURT ORDERS