1  CLIFFORD H. PEARSON (Bar No. 108523)
     cpearson@psswplaw.com
2  GARY S. SOTER (Bar No. 67622)
     gsoter@psswplaw.com
3  DANIEL L. WARSHAW (Bar No. 185365)
     dwarshaw@psswplaw.com
4  **PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP**
   15165 Ventura Boulevard, Suite 400
5  Sherman Oaks, California 91403
   Telephone: (818) 788-8300
6  Facsimile:   (818) 788-8104

7  BRUCE L. SIMON (Bar No. 96241)
     bsimon@psswplaw.com
8  **PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP**
   44 Montgomery Street, Suite 1430
9  San Francisco, CA  94104-4610
   Facsimile: (415) 433-9008

Attorneys for Plaintiff MICHELLE FANUCCI

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHELLE FANUCCI, | CASE NO. CV 08-02151 JSW |
| Plaintiff, | **PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL OF DEFENDANT MICHAEL B. BALDWIN** |
| vs. | |
| ALLSTATE INSURANCE COMPANY; MICHAEL B. BALDWIN; DOES 1 through 50, inclusive, | **[Filed Concurrently with [Proposed] Order]** |
| Defendants. | Judge: Jeffrey S. White<br>Courtroom: 2, 17th Floor |
| | Trial Date:  None |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

Plaintiff MICHELLE FANUCCI, pursuant to the provisions of Federal Rule of Civil Procedure, Rule 41(a)(1), respectfully requests the Court to dismiss MICHAEL B.

1  BALDWIN as a Defendant pursuant to the Stipulation of the parties signed on May 23,
2  2008 which Stipulation was filed with the Court on May 28, 2008 and incorporated herein
3  by reference.
4
5  DATED: June 5, 2008                    **PEARSON, SIMON, SOTER,**
                                          **WARSHAW & PENNY, LLP**
6                                         CLIFFORD H. PEARSON
                                          GARY S. SOTER
7                                         DANIEL L. WARSHAW

8                                         **PEARSON, SIMON, SOTER, WARSHAW &**
                                          **PENNY, LLP**
9                                         BRUCE L. SIMON
                                             bsimon@psswplaw.com
10
11
                                          By:  _____//s//_____
12                                                  GARY S. SOTER
                                          Attorneys for Plaintiff MICHELLE FANUCCI

PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403