CLIFFORD H. PEARSON (Bar No. 108523)
cpearson@psswplaw.com
GARY S. SOTER (Bar No. 67622)
gsoter@psswplaw.com
DANIEL L. WARSHAW (Bar No. 185365)
dwarshaw@psswplaw.com
**PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788-8300
Facsimile:   (818) 788-8104

BRUCE L. SIMON (Bar No. 96241)
bsimon@psswplaw.com
**PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP**
44 Montgomery Street, Suite 1430
San Francisco, CA  94104-4610
Facsimile: (415) 433-9008

Attorneys for Plaintiff MICHELLE FANUCCI

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHELLE FANUCCI,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY;<br>MICHAEL B. BALDWIN;<br>DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. CV 08-02151 JSW<br><br>**PROOF OF SERVICE**<br><br>Judge: Jeffrey S. White<br>Courtroom: 2, 17th Floor<br><br>Trial Date:         None |

# PROOF OF SERVICE

MICHELLE FANUCCI V. ALLSTATE INSURANCE COMPANY

Case No. CV 08-02151 JSW

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of LOS ANGELES, STATE OF CALIFORNIA. My business address is 15165 Ventura Boulevard, Suite 400, Sherman Oaks, California 91403. I am over the age of eighteen years and am not a party to the within action;

On June 6, 2008, I served the following document(s) entitled

1. **PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL OF DEFENDANT MICHAEL B. BALDWIN**

2. **[PROPOSED] ORDER GRANTING VOLUNTARY DISMISSAL OF DEFENDANT MICHAEL B. BALDWIN**

on ALL INTERESTED PARTIES in this action as follows:

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 6, 2008, at Sherman Oaks, California.

_____
Melissa S. Williams

784977.1

CV 08-02151 JSW

PROOF OF SERVICE