PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHELLE FANUCCI,<br><br>          Plaintiff,<br><br>     vs.<br><br>ALLSTATE INSURANCE COMPANY;<br>MICHAEL B. BALDWIN;<br>DOES 1 through 50, inclusive,<br><br>          Defendants. | CASE NO. CV 08-02151 JSW<br><br>[~~PROPOSED~~] ORDER GRANTING VOLUNTARY DISMISSAL OF DEFENDANT MICHAEL B. BALDWIN<br><br>Judge: Jeffrey S. White<br>Courtroom: 2, 17th Floor<br><br>Trial Date:          None |

       Pursuant to Plaintiff's request for voluntary dismissal of Defendant MICHAEL B. BALDWIN pursuant to Rule 41(a)(1) and the Stipulation between the parties, MICHAEL B. BALDWIN is hereby dismissed as a Defendant in this case, without prejudice.

       In consideration of the Stipulation of the parties, ALLSTATE shall be liable in this action for any errors or omissions committed by Mr. BALDWIN in the sale of the

1  FANUCCI's personal umbrella policy as alleged in the Complaint.

2

3  DATED: June 6th, 2008

4

5  _____
   HONORABLE JEFFREY S. WHITE
6  UNITED STATES DISTRICT JUDGE