IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHELLE FANUCCI,

    Plaintiff,

    v.

ALLSTATE INSURANCE COMPANY, et al.

    Defendants.

_____/

No. C 08-02151 JSW

**ORDER OF REFERRAL TO MAGISTRATE JUDGE CHEN FOR ALL PURPOSES**

    Pursuant to Northern District Civil Local Rule 73-1(b) and the parties' consent, this matter is HEREBY REFERRED to Magistrate Judge Edward M. Chen for all purposes. The case management conference set for August 22, 2008 before the undersigned is VACATED.

    **IT IS SO ORDERED.**

Dated: July 15, 2008

                                    JEFFREY S. WHITE
                                    UNITED STATES DISTRICT JUDGE

cc:    Wings Hom