**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

_____

www.cand.uscourts.gov

Richard W. Wieking                                      General Court Number
Clerk                                                          415.522.2000

**July 15, 2008**

**CASE NUMBER:  CV 08-02151 JSW**
**CASE TITLE:  MICHELLE FANUCCI-v-ALLSTATE INSURANCE CO**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable EDWARD M. CHEN** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **EMC** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 7/15/08

FOR THE EXECUTIVE COMMITTEE:

_____
                                                      Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                Special Projects
Log Book Noted                                   Entered in Computer 7/15/08AS


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                            Transferor CSA