CLIFFORD H. PEARSON (Bar No. 108523)
cpearson@psswplaw.com
GARY S. SOTER (Bar No. 67622)
gsoter@psswplaw.com
DANIEL L. WARSHAW (Bar No. 185365)
dwarshaw@psswplaw.com
**PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788-8300
Facsimile:    (818) 788-8104

BRUCE L. SIMON (Bar No. 96241)
bsimon@psswplaw.com
**PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP**
44 Montgomery Street, Suite 1430
San Francisco, CA 94104-4610
Facsimile: (415) 433-9008

Attorneys for Plaintiff MICHELLE FANUCCI

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHELLE FANUCCI, <br><br> Plaintiff, <br><br> vs. <br><br> ALLSTATE INSURANCE COMPANY; MICHAEL B. BALDWIN; DOES 1 through 50, inclusive, <br><br> Defendants. | CASE NO. CV 08-02151 EMC <br><br> **PROOF OF SERVICE ON OPPOSING COUNSEL OF COURT'S CASE MANAGEMENT CONFERENCE ORDER AND STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA RE: CONTENTS OF JOINT CASE MANAGEMENT STATEMENT** <br><br> Magistrate Judge: Edward M. Chen <br> Courtroom: C, 15th Floor <br><br> Trial Date:            None |

786572.1

CV 08-02151 EMC

PROOF OF SERVICE ON OPPOSING COUNSEL OF COURT'S CASE MANAGEMENT CONFERENCE ORDER AND STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA RE: CONTENTS OF JOINT CASE MANAGEMENT STATEMENT

**PROOF OF SERVICE**

MICHELLE FANUCCI V. ALLSTATE INSURANCE COMPANY

Case No. CV 08-02151 EMC

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of LOS ANGELES, STATE OF CALIFORNIA. My business address is 15165 Ventura Boulevard, Suite 400, Sherman Oaks, California 91403. I am over the age of eighteen years and am not a party to the within action;

On July 17, 2008, I served the following document(s) entitled **COURT'S CASE MANAGEMENT CONFERENCE ORDER AND STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA RE: CONTENTS OF JOINT CASE MANAGEMENT STATEMENT** on ALL INTERESTED PARTIES in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

**SEE ATTACHED LIST**

**BY ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission from nhalpern@psswplaw.com on July 17, 2008, by transmitting a PDF format copy of such document(s) to each such person at the e-mail address listed below their address(es). The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 17, 2008, at Sherman Oaks, California.

/s/
Natalie M. Halpern

786572.1

CV 08-02151 EMC

PROOF OF SERVICE ON OPPOSING COUNSEL OF COURT'S CASE MANAGEMENT CONFERENCE ORDER AND STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA RE: CONTENTS OF JOINT CASE MANAGEMENT STATEMENT

**SERVICE LIST**
**MICHELLE FANUCCI V. ALLSTATE INSURANCE COMPANY**
**CV 08-02151 EMC**

| | |
|---|---|
| Michael A. Barnes, Esq.<br>Sonia Martin, Esq.<br>Christopher Windle, Esq.<br>SONNENSCHEIN, NATH & ROSENTHAL LLP<br>2121 North California Boulevard<br>Suite 800<br>Walnut Creek, CA 94596<br>Telephone: (925) 949-2600<br>Facsimile: (925) 949-2610<br>E-mail: mbarnes@sonnenschein.com<br>E-mail: smartin@sonnenschein.com<br>E-mail: cwindle@sonnenschein.com | Attorneys for Defendant ALLSTATE INSURANCE COMPANY |

PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

786572.1

CV 08-02151 EMC

PROOF OF SERVICE ON OPPOSING COUNSEL OF COURT'S CASE MANAGEMENT CONFERENCE ORDER AND STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA RE: CONTENTS OF JOINT CASE MANAGEMENT STATEMENT