**In the United States District Court**
**for the Northern District of California**
**Magistrate Judge Edward M. Chen**

**CIVIL MINUTES**

**E-FILING**

**Date:** August 6, 2008

**Case No:** C08-2151 EMC                          **Time:** 1:35-1:46 p.m.

**Case Name:** Fanucci v. Allstate Insurance

    **Attorneys:**  Esther Klisura for Plaintiff
                      Michael Barnes for Defendant

    **Deputy Clerk:** Betty Fong

**PROCEEDINGS:**

CMC - Held

**ORDERED AFTER HEARING:** 5-day court trial set for 8/17/09 at 8:30 a.m. This case is referred to the Alternative Dispute Resolution program for ENE within 90 days. Court to issue other deadlines in the case management conference order.

**Order to be prepared by:** [ ] Plntf  [ ] Deft  [x] Court

**Case continued to:** December 3, 2008 at 2:30 p.m. for Further Status Conference

cc: EMC/ ADR