1  CLIFFORD H. PEARSON (Bar No. 108523)
   cpearson@psswplaw.com
2  GARY S. SOTER (Bar No. 67622)
   gsoter@psswplaw.com
3  DANIEL L. WARSHAW (Bar No. 185365)
   dwarshaw@psswplaw.com
4  **PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP**
   15165 Ventura Boulevard, Suite 400
5  Sherman Oaks, California 91403
   Telephone: (818) 788-8300
6  Facsimile:   (818) 788-8104

7  BRUCE L. SIMON (Bar No. 96241)
   bsimon@psswplaw.com
8  **PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP**
   44 Montgomery Street, Suite 1430
9  San Francisco, CA 94104-4610
   Facsimile: (415) 433-9008

Attorneys for Plaintiff MICHELLE FANUCCI

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHELLE FANUCCI,<br><br>        Plaintiff,<br><br>    vs.<br><br>ALLSTATE INSURANCE COMPANY;<br>MICHAEL B. BALDWIN;<br>DOES 1 through 50, inclusive,<br><br>        Defendants. | CASE NO. CV 08-02151 EMC<br><br>**STIPULATION FOR REINSTATEMENT OF JURY TRIAL**<br><br>([Proposed] Order Lodged Contemporaneously Herewith]<br><br>Magistrate Judge: Edward M. Chen<br>Courtroom: C, 15th Floor<br><br>Trial Date:        August 17, 2009 |

WHEREAS, Plaintiff filed a Complaint in the Napa Superior Court on March 12, 2008 with a demand for jury trial; and

WHEREAS, Defendant ALLSTATE INSURANCE COMPANY removed this case to the United States District Court on April 25, 2008; and

WHEREAS, the parties submitted a Joint Case Management Conference Statement indicating that all parties reserved the right to trial by jury; and

1  WHEREAS, the parties, by and through their counsel, informed the Court at the
2  Case Management Conference that the parties intended a trial by jury; and

3  WHEREAS, on August 13, 2008 the Court issued a Case Management and Pretrial
4  Order for Court Trial scheduling "Court trial" to begin on August 17, 2009.

5  IT IS HEREBY STIPULATED by and between the parties through their counsel of
6  record that all parties have reserved the right to trial by jury and that the Case Management
7  and Pretrial Order should be amended to reflect that jury trial is scheduled to begin on
8  August 17, 2009 and that the parties shall exchange proposed jury instructions on or before
9  July 17, 2008.

10 DATED: August 27, 2008

PEARSON, SIMON, SOTER,
WARSHAW & PENNY, LLP
CLIFFORD H. PEARSON
GARY S. SOTER
DANIEL L. WARSHAW

PEARSON, SIMON, SOTER, WARSHAW &
PENNY, LLP
BRUCE L. SIMON
bsimon@psswplaw.com

By: _____
GARY S. SOTER
Attorneys for Plaintiff MICHELLE FANUCCI

18 DATED: August 26, 2008

SONNENSCHEIN, NATH & ROSENTHAL LLP
MICHAEL A. BARNES
SONIA A. MARTIN
CHRISTOPHER WINDLE

By: _____
MICHAEL A. BARNES
Attorneys for Defendant ALLSTATE
INSURANCE COMPANY

PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403