CLIFFORD H. PEARSON (Bar No. 108523)
  cpearson@psswplaw.com
GARY S. SOTER (Bar No. 67622)
  gsoter@psswplaw.com
DANIEL L. WARSHAW (Bar No. 185365)
  dwarshaw@psswplaw.com
**PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone:  (818) 788-8300
Facsimile:    (818) 788-8104

BRUCE L. SIMON (Bar No. 96241)
  bsimon@psswplaw.com
**PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP**
44 Montgomery Street, Suite 1430
San Francisco, CA  94104-4610
Facsimile: (415) 433-9008

Attorneys for Plaintiff MICHELLE FANUCCI

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHELLE FANUCCI,<br><br>        Plaintiff,<br><br>    vs.<br><br>ALLSTATE INSURANCE COMPANY;<br>MICHAEL B. BALDWIN;<br>DOES 1 through 50, inclusive,<br><br>        Defendants. | CASE NO. CV 08-02151 EMC<br><br>**[PROPOSED] ORDER ON STIPULATION FOR REINSTATEMENT OF JURY TRIAL**<br><br>Magistrate Judge: Edward M. Chen<br>Courtroom: C, 15th Floor<br><br>Trial Date:         August 17, 2009 |

The Court, having reviewed the stipulation of counsel, hereby amends the Case Management and Pretrial Order and sets the matter for a jury trial to begin on August 17, 2009. The parties shall exchange proposed jury instructions on or before July 17, 2009.

DATED: August ___, 2008

_____
Edward M. Chen, Judge, United States District Court