RECEIVED
OCT 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHELLE FANUCCI,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY;<br>MICHAEL B. BALDWIN;<br>DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. CV 08-02151 EMC<br><br>[PROPOSED] ORDER<br><br>Magistrate Judge: Edward M. Chen<br>Courtroom: C, 15th Floor<br><br>Trial Date:         August 17, 2009 |

The Court has read and considered the October 21, 2008 letter of plaintiff's counsel, Gary S. Soter. The Court finds that plaintiff has made a sufficient showing of extraordinary or otherwise justifiable hardship. Michelle Fanucci is excused from attending the November 5, 2008 Early Neutral Evaluation Conference in person. She is ordered to be available for the conference by telephone.

DATED: October 27, 2008

_____
Wayne D. Brazil,
Magistrate Judge, United States District Court,
Northern District of California

791155.1

CV 08-02151 EMC

[PROPOSED] ORDER