BRUCE L. SIMON (State Bar No. 96241)
GEORGE S. TREVOR (State Bar No. 127875)
ESTHER KLISURA (State Bar No. 221171)
PEARSON, SIMON, WARSHAW & PENNY, LLP
44 Montgomery Street, Suite 1430
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008

Attorneys for Plaintiff MICHELLE FANUCCI

MICHAEL BARNES (State Bar No. 121314)
SONIA MARTIN (State Bar No. 191148)
CHRISTOPHER WINDLE (State Bar No. 141123)
SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N. California Blvd., Suite 800
Walnut Creek, California 94596
Telephone: (925) 949-2600
Facsimile: (925) 949-2610
Email: mbarnes@sonnenschein.com
smartin@sonnenschein.com
cwindle@sonnenschein.com

Attorneys for Defendants
ALLSTATE INSURANCE COMPANY and
MICHAEL BALDWIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHELLE FANUCCI,<br><br>    Plaintiff,<br><br>  vs.<br><br>ALLSTATE INSURANCE COMPANY, MICHAEL B. BALDWIN, and DOES 1 to 50,<br><br>    Defendants. | No. CV-082151 JSW<br><br>STIPULATION AND ORDER CONTINUING CASE MANAGEMENT DATE |

The parties, by and through their respective counsel of record, hereby stipulate and agree as follows and respectfully request that the Court approve and give effect to their stipulation:

-1-
Case No. CV-082151 EMC     STIPULATION AND ORDER CONTINUING CASE MANAGEMENT DATE

1  WHEREAS, the Further Case Management Conference originally was scheduled to take
2  place on March 11, 2009 at 2:30 p.m.;
3  WHEREAS, on February 26, 2009, the Court issued an Order continuing the date of the
4  case management conference to March 12, 2009 at 2:30 p.m.;
5  WHEREAS, Allstate's lead counsel, Michael Barnes and Sonia Martin, are scheduled to
6  attend a pretrial conference in Sacramento Superior Court on the morning of March 12, 2009,
7  and a deposition and a mediation during the afternoon of March 12, 2009;
8  IT IS HEREBY STIPULATED AND AGREED that the Case Management Conference
9  be continued to March 19, 2009, at 2:30 p.m.
10 IT IS SO STIPULATED,

Dated: February 27, 2009           PEARSON, SIMON, WARSHAW & PENNY, LLP

                                   By:  /s/ George Trevor
                                        GEORGE TREVOR
                                   Attorneys for Plaintiff
                                   MICHELLE FANUCCI

Dated: February 27, 2009           SONNENSCHEIN NATH & ROSENTHAL LLP

                                   By:  /s/ Sonia Martin
                                        SONIA MARTIN
                                   Attorneys for Defendants
                                   ALLSTATE and MICHAEL BALDWIN

### [~~PROPOSED~~] CASE MANAGEMENT ORDER

The request to continue the Case Management Conference is granted. The new date for the next Case Management Conference is ____Weds. 3/18/____, 2009. at 2:30 p.m. A joint CMC Statement is due 3/11/09.

Dated: __2/27/09__

Hon. Edward M. Chen
U.S. District Court Magistrate Judge

IT IS SO ORDERED
AS MODIFIED
Edward M. Chen

Case No. CV-082151 EMC                    -2-