BRUCE L. SIMON (Bar No. 96241)
    bsimon@pswplaw.com
GEORGE S. TREVOR (Bar No. 127875)
    gtrevor@pswplaw.com
ASHLEI M. VARGAS (Bar No. 250045)
    avargas@pswplaw.com
**PEARSON, SIMON, WARSHAW & PENNY, LLP**
44 Montgomery Street, Suite 1430
San Francisco, California  94104
Telephone:  (415) 433-9000
Facsimile:   (415) 433-9008

Attorneys for Plaintiff
MICHELLE FANUCCI

MICHAEL BARNES (Bar No. 121314)
mbarnes@sonnenschein.com
SONIA MARTIN (Bar No. 191148)
smartin@sonnenschein.com
**SONNENSCHEIN NATH & ROSENTHAL LLP**
2121 N. California Blvd., Suite 800
Walnut Creek, California 94596
Telephone:  (925) 949-2600
Facsimile:   (925) 949-2610

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHELLE FANUCCI, | CASE NO. CV 08-02151 EMC |
| Plaintiff, | **STIPULATION RE BAD FAITH, BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING, AND DAMAGES INCURRED BY PLAINTIFF** ; ORDER |
| vs. | |
| ALLSTATE INSURANCE COMPANY; MICHAEL B. BALDWIN; DOES 1 through 50, inclusive, | |
| Defendants. | |

798623.1

Plaintiff Michelle Fanucci and Defendant Allstate Insurance Company, by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS Plaintiff has alleged that Defendant acted unreasonably and in bad faith when it failed to accept Plaintiff's alleged demand for payment of $150,000 and allegedly failed to make a reasonable settlement offer;

WHEREAS Plaintiff has alleged that Defendant breached the implied covenant of good faith and fair dealing in its handling of her underinsured motorist claim;

WHEREAS the Honorable David C. Lee (Retired), who served as arbitrator in the August 2005 arbitration hearing between the parties, determined that Plaintiff had sustained $1,418,024.07 in damages as a result of the January 18, 1997 auto accident that gave rise to this litigation;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that (1) Plaintiff will withdraw with prejudice the bad faith portion of her breach of contract claim in this action; (2) Plaintiff will withdraw with prejudice her claim for breach of the implied covenant of good faith and fair dealing in this action; and (3) the amount of damages sustained by Plaintiff as a result of the January 18, 1997 accident was established at the arbitration hearing and that award in the amount of $1,418,024.07 (reduced by $250,000 – $100,000 paid by the Hartford Insurance Company and $150,000 paid by Defendant) is binding on all parties as to the amount of damages Plaintiff was legally entitled to recover from the underinsured motorist.

IT IS SO STIPULATED.


DATED: April __, 2009                    **PEARSON, SIMON, WARSHAW & PENNY, LLP**



By:  /s/ George S. Trevor_____
                    GEORGE S. TREVOR
         Attorneys for Plaintiff MICHELLE FANUCCI

DATED: April 28, 2009

**SONNENSCHEIN NATH & ROSENTHAL LLP**

By: /s/ Sonia Martin
                  SONIA MARTIN
Attorneys for Defendant ALLSTATE INSURANCE COMPANY

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge

STIPULATION RE BAD FAITH, BREACH OF THE COVENANT OF GOOD FAITH AND FAIR DEALING, AND DAMAGES INCURRED BY PLAINTIFF