1  GEORGE S. TREVOR (Bar No. 127875)
    gtrevor@pswplaw.com
2  ASHLEI M. VARGAS (Bar No. 250045)
    avargas@pswplaw.com
3  **PEARSON, SIMON, WARSHAW & PENNY, LLP**
   44 Montgomery Street, Suite 2450
4  San Francisco, California  94104
   Telephone:  (415) 433-9000
5  Facsimile:   (415) 433-9008

6  Attorneys for Plaintiff
   MICHELLE FANUCCI

7

8

9                 UNITED STATES DISTRICT COURT

10      NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  MICHELLE FANUCCI, | CASE NO. CV 08-02151 EMC |
| 13        Plaintiff, | **QUALIFICATIONS AND EXPERIENCE OF EXPERT WITNESS BRIAN E. GAGAN** |
| 14        vs. | |
| 15  ALLSTATE INSURANCE COMPANY; MICHAEL B. BALDWIN; | Trial Date: November 30, 2009<br>Time:       8:30 a.m. |
| 16  DOES 1 through 50, inclusive, | Crtrm.:      C, 15th Floor |
| 17        Defendants. | Magistrate Judge: Edward M. Chen |

18

19

20

21

22

23

24

25

26

27

28

806370.1                                                          CV 08-02151 EMC
**QUALIFICATIONS AND EXPERIENCE OF EXPERT WITNESS BRIAN E. GAGAN**

1     Attached hereto as Exhibit A are the qualifications and experience of expert witness
2 Brian E. Gagan.
3
4 DATED: October 30, 2009         Respectfully submitted,

**PEARSON, SIMON, WARSHAW & PENNY, LLP**
GEORGE S. TREVOR
ASHLEI M. VARGAS


By: /s/ George S. Trevor
        GEORGE S. TREVOR
Attorneys for Plaintiff MICHELLE FANUCCI