UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHELLE FANUCCI,

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,

    Defendant.
_____/

No. C-08-2151 EMC

**NOTICE AND ORDER REGARDING PROPOSED JURY INSTRUCTIONS**

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court intends to give the attached instructions at trial commencing on November 30, 2009.

Any objections shall be filed by **12:00 Noon, November 25, 2009.**

IT IS SO ORDERED.

Dated: November 23, 2009

_____
EDWARD M. CHEN
United States Magistrate Judge