UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHELLE FANUCCI,

Plaintiff,

v.

ALLSTATE INSURANCE COMPANY, *et al.*,

Defendants.
_____/

No. C-08-2151 EMC

**ORDER DIRECTING JURY COMMISSIONER TO FURNISH DAILY REFRESHMENTS**

**IT IS HEREBY ORDERED** that the United States District Court Jury Commissioner shall furnish daily refreshments for the members of the jury in the above-entitled matter at the expense of the United States on November 30, December 1-4, 2009. Refreshments shall be delivered to Courtroom D, 15th Floor before 7:45 a.m.

IT IS SO ORDERED.

Dated: November 24, 2009

_____
EDWARD M. CHEN
United States Magistrate Judge