UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHELLE FANUCCI,

      Plaintiff,

    v.

ALLSTATE INSURANCE COMPANY,

      Defendant.
_____/

No. C-08-2151 EMC

**ORDER RE QUESTIONS TO THE JURY PANEL**

The Court intends to ask the following questions, previously submitted both jointly and separately by the parties, to the jury panel at trial commencing on November 30, 2009:

1. The Defendant in this case is Allstate Insurance Company. Do you have any opinions about Allstate? If so, please describe these opinions and explain whether they would interfere with your serving as a juror in this case. Are they based on previous experiences?
2. Do you own stock in Allstate or other insurance companies? If so, do you receive any income or dividends? If yes, approximately how much do you receive annually?
3. Do you, a relative, or a close friend work for Allstate or another insurance company, or have you, a relative, or close friend worked for Allstate or another insurance company?
4. Have you, a relative, or a close friend ever been insured by Allstate?
5. Have you, a relative, or a close friend ever filed a lawsuit against an insurance company or an insurance agent before?

6. Have you, a relative, or a close friend had any positive or negative experiences with Allstate or other insurance companies? If so, please explain.

7. Have you ever had a serious loss that damaged your automobile or been involved in an automobile accident? Did that experience affect your views of insurance companies? If so, how?

8. Do you have any formal or informal training or education as to the reading and interpretation of insurance policy provisions? If yes, please explain.

IT IS SO ORDERED.

Dated: November 25, 2009

_____
EDWARD M. CHEN
United States Magistrate Judge