1
2
3
4
5          UNITED STATES DISTRICT COURT
6          NORTHERN DISTRICT OF CALIFORNIA
7
8    MICHELLE FANUCCI,                          No. C-08-2151 EMC
9              Plaintiff,
                                                **ORDER REGARDING PROPOSED**
10        v.                                    **JURY INSTRUCTIONS**
11   ALLSTATE INSURANCE COMPANY,
12             Defendant.
13   _____/
14
15        Having considered the objections filed by Defendant, the Court revises the proposed jury
16   instructions (attached as Exhibit A).
17
18        IT IS SO ORDERED.
19
20   Dated:  November 25, 2009
21                                              _____
                                                EDWARD M. CHEN
22                                              United States Magistrate Judge
23
24
25
26
27
28