UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHELLE FANUCCI,                                        No. C-08-2151 EMC

        Plaintiff,

        v.                                              **NOTICE AND ORDER REGARDING**
**PROPOSED VERDICT FORM**

ALLSTATE INSURANCE COMPANY,

        Defendant.
_____/


TO ALL PARTIES AND COUNSEL OF RECORD:

    The Court intends to give the attached verdict form to the jurors upon completion of trial presentation of evidence and argument. The Court will hear objections at 8:30 a.m., December 2, 2009.


    IT IS SO ORDERED.


Dated: December 1, 2009

                              _____
                              EDWARD M. CHEN
                              United States Magistrate Judge