UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHELLE FANUCCI,           No. C-08-2151 EMC

    Plaintiff,

    v.                     **PROPOSED VERDICT FORM**

ALLSTATE INSURANCE COMPANY,

    Defendant.
_____/

## PROFESSIONAL NEGLIGENCE

**1. On the claim of professional negligence, do you find in favor of**

    Plaintiff _____     or     Defendant _____

    If you find in favor of Plaintiff, then proceed to Question 2. If you find in favor of Defendant, proceed to Question 4.

**2. If you find in favor of Plaintiff, do you find that the harm to Michelle Fanucci was caused in whole or in part by Robert Fanucci's negligence?**

    Yes _____
    No _____

If your answer is yes, then proceed to Question 3. If your answer is no, proceed to Question 4.

**3.** **If so, what percentage of responsibility for the harm to Michelle Fanucci do you attribute to Robert Fanucci?**

_____%

Proceed to Question 4.

## NEGLIGENT MISREPRESENTATION

**4.** **On the claim of negligent misrepresentation, do you find in favor of**

Plaintiff _____     or     Defendant _____

Proceed to Question 5.

## DAMAGES

**5.** **If you find in favor of Plaintiff on either the claim of professional negligence OR the claim of negligent misrepresentation, place a check mark by the amount of damages suffered by Plaintiff (before any reduction for contributory negligence, if any, by Robert Fanucci on the professional negligence claim).**

$750,000     _____

$1 million     _____

Have the presiding foreperson sign and date this form, and return the form to the clerk.

Dated: December \_\_\_\_, 2009    Signed: _____
                                         JURY FOREPERSON